# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ZEZY R. FARFAN, et al.,<br>    Plaintiff(s),<br>v.<br>STATION CASINOS, LLC, et al.,<br>    Defendant(s). | Case No.: 2:20-cv-01516-JAD-NJK<br>**Order**<br>[Docket No. 8] |

Pending before the Court is a stipulation for a magistrate judge to be assigned for purposes of setting an early neutral evaluation, Docket No. 8, which is **GRANTED** pursuant to Local Rule 16-6(b). The Clerk's Office is **INSTRUCTED** to randomly assign a magistrate judge for purposes of holding the early neutral evaluation.

IT IS SO ORDERED.

Dated: September 14, 2020

_____
Nancy J. Koppe
United States Magistrate Judge

1