JAMES P. KEMP, ESQ.
Nevada Bar No.: 6375
VICTORIA L. NEAL, ESQ.
Nevada Bar No.: 13382
KEMP & KEMP
7435 W. Azure Drive, Suite 110
Las Vegas, NV  89130
702-258-1183 ph /702-258-6983 fax
jp@kemp-attorneys.com
vneal@kemp-attorneys.com

Attorneys for Plaintiff
*ZEZY FARFAN*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ZEZY R. FARFAN; and ZEZY R. FARFAN, BY AND THROUGH HER GUARDIAN ELIZABETH V. ALVA;<br><br>Plaintiff,<br>vs.<br><br>STATION CASINOS, LLC, a Nevada Limited Liability Company; NP RED ROCK, LLC, d/b/a RED ROCK CASINO, RESORT AND SPA, a Nevada Limited Liability Company;  ROE Business Organizations I-X; and DOE INDIVIDUALS I-X, Inclusive,<br><br>Defendants. | Case No.: 2:20-cv-01516-CDS-NJK<br><br>**STIPULATION AND ORDER TO EXTEND SUMMARY JUDGMENT BRIEFING SCHEDULE**<br><br>**[FIRST REQUEST]** |

Plaintiff ZEZY FARFAN and Defendant STATION CASINOS, LLC and NP RED ROCK, LLC, d/b/a RED ROCK CASINO, RESORT AND SPA, by and through their undersigned counsel, hereby submit this Stipulation and Order to Extend Summary Judgment Briefing Schedule. Defendant have filed a summary judgment motion. (ECF No. 38). The current deadline for Plaintiff to respond is September 23, 2022. The new requested date is **Tuesday, November 22, 2022**. This request is made

1

in good faith, is not made to cause delay, is submitted pursuant to LR IA 6-1, LR IA 6-2, and LR 7-1, and is the parties' first request. As demonstrated below, good cause exists for the parties' request:

1. The need for the extension arises from the sudden and unexpected disability of Plaintiff's attorney Victoria L. Neal, Esq.

2. Ms. Neal has been incapacitated and is currently undergoing daily treatment and therapy, but surgery is expected to be necessary. She is currently on medical leave and only able to perform limited work duties a few hours per week, as tolerated. Surgery and a full recovery is expected to take weeks or months. This is the best estimate at this time. More will be known after her doctor's appointment currently scheduled for October 20, 2022.

In consideration of the above, the parties submit that good cause exists to extend the deadline for Plaintiff to respond to Defendants' motion for summary judgment.

Dated:  September 23, 2022                      Dated:  September 23, 2022

Respectfully submitted,                         Respectfully submitted,

/s/ Victoria L. Neal                            /s/ Scott M. Mahoney
JAMES P. KEMP, ESQ., NV Bar #6375               SCOTT M. MAHONEY, ESQ., NV Bar #1099
VICTORIA L. NEAL, ESQ., NV Bar 13382            FISHER & PHILLIPS, LLP
KEMP & KEMP                                     300 S. FOURTH STREET, SUITE 1500
                                                LAS VEGAS, NEVADA 89101
Attorneys for Plaintiff
Zezy Farfan                                     Attorneys for Defendants
                                                Station Casinos, LLC and NP Red Rock Casino
                                                LLC, d/b/a Red Rock Casino Resort and Spa

**IT IS SO ORDERED.**

Dated: _____ September 26, 2022.

_____
UNITED STATES DISTRICT JUDGE
CRISTINA D. SILVA