JAMES P. KEMP, ESQ.
Nevada Bar No.: 6375
VICTORIA L. NEAL, ESQ.
Nevada Bar No.: 13382
KEMP & KEMP
7435 W. Azure Drive, Suite 110
Las Vegas, NV  89130
702-258-1183 ph /702-258-6983 fax
jp@kemp-attorneys.com
vneal@kemp-attorneys.com

Attorneys for Plaintiff
*ZEZY FARFAN*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ZEZY R. FARFAN; and ZEZY R. FARFAN, BY AND THROUGH HER GUARDIAN ELIZABETH V. ALVA;<br><br>Plaintiff,<br><br>vs.<br><br>STATION CASINOS, LLC, a Nevada Limited Liability Company; NP RED ROCK, LLC, d/b/a RED ROCK CASINO, RESORT AND SPA, a Nevada Limited Liability Company;  ROE Business Organizations I-X; and DOE INDIVIDUALS I-X, Inclusive,<br><br>Defendants. | Case No.: 2:20-cv-01516-CDS-NJK<br><br>**STIPULATION AND ORDER TO EXTEND SUMMARY JUDGMENT BRIEFING SCHEDULE**<br><br>**[SECOND REQUEST]** |

Plaintiff ZEZY FARFAN and Defendant STATION CASINOS, LLC and NP RED ROCK, LLC, d/b/a RED ROCK CASINO, RESORT AND SPA, by and through their undersigned counsel, hereby submit this Stipulation and Order to Extend Summary Judgment Briefing Schedule. Defendant have filed a summary judgment motion. (ECF No. 38). The current deadline for Plaintiff to respond is November 22, 2022. The new requested date is **Monday, January 9, 2023**. This request is made in

good faith, is not made to cause delay, is submitted pursuant to LR IA 6-1, LR IA 6-2, and LR 7-1, and is the parties' second request. As demonstrated below, good cause exists for the parties' request:

1. The need for the extension arises from the sudden and unexpected disability of Plaintiff's attorney Victoria L. Neal, Esq.

2. Ms. Neal has been incapacitated and is currently undergoing daily treatment and therapy and is scheduled for an invasive medical procedure on November 21, 2022. Currently she is on medical leave and only able to perform limited work duties a few hours per week. It is anticipated the procedure will allow her to increase her work capacity.

In consideration of the above, the parties submit that good cause exists to extend the deadline for Plaintiff to respond to Defendants' motion for summary judgment.

| Dated: November 17, 2022 | Dated: November 17, 2022 |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| /s/ Victoria L. Neal | /s/ Scott M. Mahoney |
| JAMES P. KEMP, ESQ., NV Bar #6375<br>VICTORIA L. NEAL, ESQ., NV Bar 13382<br>KEMP & KEMP | SCOTT M. MAHONEY, ESQ., NV Bar #1099<br>FISHER & PHILLIPS, LLP<br>300 S. FOURTH STREET, SUITE 1500<br>LAS VEGAS, NEVADA 89101 |
| Attorneys for Plaintiff<br>Zezy Farfan | Attorneys for Defendants<br>Station Casinos, LLC and NP Red Rock Casino LLC, d/b/a Red Rock Casino Resort and Spa |

**IT IS SO ORDERED.**

_____
CRISTINA D. SILVA
UNITED STATES DISTRICT JUDGE
Dated: November 21, 2022

2