JAMES P. KEMP, ESQ.
Nevada Bar No.: 6375
VICTORIA L. NEAL, ESQ.
Nevada Bar No.: 13382
KEMP & KEMP
7435 W. Azure Drive, Suite 110
Las Vegas, NV  89130
702-258-1183 ph /702-258-6983 fax
jp@kemp-attorneys.com
vneal@kemp-attorneys.com

Attorneys for Plaintiff
*ZEZY FARFAN*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ZEZY R. FARFAN; and ZEZY R. FARFAN, BY AND THROUGH HER GUARDIAN ELIZABETH V. ALVA;<br><br>Plaintiff<br><br>vs.<br><br>STATION CASINOS, LLC, a Nevada Limited Liability Company; NP RED ROCK, LLC, d/b/a RED ROCK CASINO, RESORT AND SPA, a Nevada Limited Liability Company;  ROE Business Organizations I-X; and DOE INDIVIDUALS I-X, Inclusive,<br><br>Defendants | Case No.: 2:20-cv-01516-CDS-NJK<br><br>**STIPULATION AND ORDER TO EXTEND SUMMARY JUDGMENT BRIEFING SCHEDULE**<br><br>**[THIRD REQUEST]** |

Plaintiff ZEZY FARFAN and Defendant STATION CASINOS, LLC and NP RED ROCK, LLC, d/b/a RED ROCK CASINO, RESORT AND SPA, by and through their undersigned counsel, hereby submit this Stipulation and Order to Extend Summary Judgment Briefing Schedule. Defendant have filed a summary judgment motion. (ECF No. 38). The current deadline for Plaintiff to respond is January 9, 2023. The new requested date is **Monday, January 23, 2023**. This request is made in good

1

faith, is not made to cause delay, is submitted pursuant to LR IA 6-1, LR IA 6-2, and LR 7-1, and is the parties' second request. As demonstrated below, good cause exists for the parties' request:

1. The need for the extension arises from the sudden and unexpected disability of Plaintiff's attorney Victoria L. Neal, Esq. The parties have kept the Court informed as to Ms. Neal's progress and it was anticipated the medical procedure she had on November 21, 2022, would allow her to resume her regular daily activities to include increasing her workload; however, that was not case.

2. On December 16, 2022, it was determined the November procedure had failed. Since that time, Ms. Neal has been undergoing further evaluation and testing for surgery. She remains on medical leave and still only able to work on a part-time basis.

3. It is anticipated that no further extensions of time will be necessary to complete Plaintiff's Opposition.

**\*\*REMAINDER OF PAGE INTENTIONALLY LEFT BLANK\*\***

In consideration of the above, the parties submit that good cause exists to extend the deadline for Plaintiff to respond to Defendants' motion for summary judgment.

| Dated: January 5, 2023 | Dated: January 5, 2023 |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| /s/ Victoria L. Neal | /s/ Scott M. Mahoney |
| JAMES P. KEMP, ESQ., NV Bar #6375<br>VICTORIA L. NEAL, ESQ., NV Bar 13382<br>KEMP & KEMP | SCOTT M. MAHONEY, ESQ., NV Bar #1099<br>FISHER & PHILLIPS, LLP<br>300 S. FOURTH STREET, SUITE 1500<br>LAS VEGAS, NEVADA 89101 |
| Attorneys for Plaintiff<br>Zezy Farfan | Attorneys for Defendants<br>Station Casinos, LLC and NP Red Rock Casino LLC, d/b/a Red Rock Casino Resort and Spa |

**IT IS SO ORDERED.**

_____
CRISTINA D. SILVA
UNITED STATES DISTRICT JUDGE

DATED: January 6, 2023

3