FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 S. Fourth Street
Suite 1500
Las Vegas, NV  89101
Telephone: (702) 252-3131
E-Mail Address:  smahoney@fisherphillips.com
Attorney for Defendants,
Station Casinos LLC and NP Red Rock LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ZEZY R. FARFAN; and, ZEZY R. FARFAN, BY AND THROUGH HER GUARDIAN ELIZABETH V. ALVA;<br><br>Plaintiffs<br><br>v.<br><br>STATION CASINOS, LLC, a Nevada Limited Liability Company; NP RED ROCK, LLC, d/b/a RED ROCK CASINO, RESORT AND SPA, a Nevada Limited Liability Company; ROE Business Organizations I-X; and DOE INDIVIDUALS I-X, Inclusive,<br><br>Defendants | Case No. 2:20-cv-01516-CDS-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY TO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**<br>**(Second Request)** |

The parties, by and through their respective counsel, hereby agree that Defendants will have additional time, up to and including March 8, 2023, to reply to Plaintiff's Opposition to Defendants' Motion for Summary Judgment. ECF No. 49. Defendant's Motion for Summary Judgment (ECF No. 38) was filed on September 2, 2022. The Opposition consists of 30 pages and the record submitted therewith (ECF No. 49-2 to 49-26) exceeds 450 pages. Aside from various filing deadlines, hearings, depositions, mediations and appellate work in other cases, defense counsel needs additional time because he has permanently or temporarily taken over some matters

- 1 –

FP 46408914.1

- 2 –

from two departing attorneys.  This is the second request for an extension of the reply brief deadline.

| FISHER & PHILLIPS | KEMP & KEMP |
|---|---|
| By:/s/Scott M. Mahoney<br>Scott M. Mahoney, Esq.<br>300 S. Fourth Street #1500<br>Las Vegas. NV 89101<br>Attorney for Defendants | By:/s/ James P. Kemp, Esq.<br>James P. Kemp, Esq.<br>7435 W. Azure Drive #110<br>Las Vegas, NV 89130<br>Attorney for Plaintiff |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated:    February 22, 2023