FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 S. Fourth Street
Suite 1500
Las Vegas, NV  89101
Telephone: (702) 252-3131
E-Mail Address:  smahoney@fisherphillips.com
Attorney for Defendants,
Station Casinos LLC and NP Red Rock LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ZEZY R. FARFAN; and, ZEZY R. FARFAN, BY AND THROUGH HER GUARDIAN ELIZABETH V. ALVA;<br><br>Plaintiff<br><br>v.<br><br>STATION CASINOS, LLC, a Nevada Limited Liability Company; NP RED ROCK, LLC, d/b/a RED ROCK CASINO, RESORT AND SPA, a Nevada Limited Liability Company; ROE Business Organizations I-X; and DOE INDIVIDUALS I-X, Inclusive,<br><br>Defendants | Case No. 2:20-cv-01516-CDS-NJK<br><br>**STIPULATION AND ORDER RE: BRIEFING SCHEDULE RE: PLAINTIFF'S MOTIONS TO STRIKE**<br><br>**(First Request)** |

The parties, by and through their respective counsel, hereby agree that Defendants will have additional time, up to and including April 18, 2023, to file oppositions to Plaintiff's Motion to Strike Defendants' Reply Brief (ECF No. 56) and Plaintiff's Motion to Strike Declaration of Jennifer Johnson (ECF No. 57). Both Motions to Strike were filed on March 22, 2023. Defense counsel just returned from vacation on March 21, and aside from various filing deadlines, hearings, depositions, and appellate work in other cases, needs additional time because he has

FP 46408914.1

permanently or temporarily taken over some matters from a departing partner. This is the first request for an extension of these opposition deadlines.

It is further agreed that Plaintiff will have up to and including May 2, 2023 to file reply briefs to the oppositions to be filed by Defendants.

| FISHER & PHILLIPS | KEMP & KEMP |
|---|---|
| By:/s/Scott M. Mahoney<br>Scott M. Mahoney, Esq.<br>300 S. Fourth Street #1500<br>Las Vegas. NV 89101<br>Attorney for Defendants | By:/s/ Victoria Neal, Esq.<br>Victoria Neal, Esq.<br>7435 W. Azure Drive #110<br>Las Vegas, NV 89130<br>Attorney for Plaintiff |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: April 4, 2023

FP 46408914.1