JAMES P. KEMP, ESQ.
Nevada Bar No.: 6375
VICTORIA L. NEAL, ESQ.
Nevada Bar No.: 13382
KEMP & KEMP
7435 W. Azure Drive, Suite 110
Las Vegas, NV  89130
702-258-1183 ph /702-258-6983 fax
jp@kemp-attorneys.com
vneal@kemp-attorneys.com

Attorneys for Plaintiff
*ZEZY FARFAN*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ZEZY R. FARFAN; and ZEZY R. FARFAN, BY AND THROUGH HER GUARDIAN ELIZABETH V. ALVA;<br><br>Plaintiff,<br><br>vs.<br><br>STATION CASINOS, LLC, a Nevada Limited Liability Company; NP RED ROCK, LLC, d/b/a RED ROCK CASINO, RESORT AND SPA, a Nevada Limited Liability Company;  ROE Business Organizations I-X; and DOE INDIVIDUALS I-X, Inclusive,<br><br>Defendants. | Case No.: 2:20-cv-01516-CDS-NJK<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO FOREGO MEDIATION CONDUCTED BY THE COURT IN LIEU OF PRIVATE MEDIATION** |

Plaintiff ZEZY FARFAN and Defendant NP RED ROCK, LLC, d/b/a RED ROCK CASINO, RESORT AND SPA, by and through their undersigned counsel, hereby submit this Stipulation and Proposed Order To Forego Mediation Conducted By The Court In Lieu of Private Mediation.

1. On January 29, 2024, Judge Silva denied in part and granted in part Defendant's Motion for Summary Judgement. (ECF No. 64.) Judge Silva referred the case to Magistrate Judge Koppe to conduct a settlement conference. (ECF No. 64, p 11, 23-24.)

1

2. After consultation and discussion, the parties wish to engage in private mediation facilitated through JAMS and respectfully request that the April 8, 2024, court mediation be vacated, and the parties allowed to engage in private mediation.

3. Pursuing private mediation may allow for the resolution of another case against Red Rock which involves the same counsel, as well as Ms. Farfan and several other current or former Red Rock employees who are witnesses in both matters.

4. The parties have reserved a mediation date, pending court approval, with JAMS mediator Judge Peggy Leen (Ret.) to take place on Tuesday, April 30, 2024.

5. The parties will issue a joint status report three business days after mediation has occurred informing the court that the matter has been resolved pending the formal written agreement between the parties, or that the parties were unable to reach a resolution and a Joint Pretrial Order will be submitted within 30 days.

Dated: March 18, 2024

Respectfully submitted,

/s/ Victoria L. Neal
JAMES P. KEMP, ESQ., NV Bar #6375
VICTORIA L. NEAL, ESQ., NV Bar 13382
KEMP & KEMP

Attorneys for Plaintiff
Zezy Farfan

Dated: March 18, 2024

Respectfully submitted,

/s/ Scott M. Mahoney
SCOTT M. MAHONEY, ESQ., NV Bar #1099
FISHER & PHILLIPS, LLP
300 S. FOURTH STREET, SUITE 1500
LAS VEGAS, NEVADA 89101

Attorneys for Defendants
Station Casinos, LLC and NP Red Rock Casino LLC, d/b/a Red Rock Casino Resort and Spa

**IT IS SO ORDERED.**

Dated: March 19, 2024.

_____
Nancy J. Koppe
United States Magistrate Judge

2