FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 S. Fourth Street
Suite 1500
Las Vegas, NV  89101
Telephone: (702) 252-3131
E-Mail Address:  smahoney@fisherphillips.com
Attorney for Defendant,
NP Red Rock LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ZEZY R. FARFAN; and, ZEZY R. FARFAN, BY AND THROUGH HER GUARDIAN ELIZABETH V. ALVA;<br><br>Plaintiff,<br><br>v.<br><br>STATION CASINOS, LLC, a Nevada Limited Liability Company; NP RED ROCK, LLC, d/b/a RED ROCK CASINO, RESORT AND SPA, a Nevada Limited Liability Company; ROE Business Organizations I-X; and DOE INDIVIDUALS I-X, Inclusive,<br><br>Defendants. | Case No. 2:20-cv-01516-CDS-NJK<br><br>**STIPULATION AND ORDER TO EXTEND JOINT PRETRIAL ORDER DEADLINE**<br><br>(First Request)[1] |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel that the deadline to submit a Joint Pretrial Order be extended up to and including June 24, 2024. This is the first request for an extension since the post-summary judgment mediation conducted by the parties.  Additional time is largely needed because both counsel for Plaintiff (Mr. Kemp and Ms. Neal) have had recent and/or ongoing medical issues

---

[1] There have been prior extensions as part of scheduling order extensions during the case.  This is the first request for an extension since the occurrence of the mediation referenced in ECF Nos. 68 and 69.

- 1 –

FP 50751777.1

which have included hospitalization.

FISHER & PHILLIPS

By:/s/Scott M. Mahoney
Scott M. Mahoney, Esq.
300 S. Fourth Street #1500
Las Vegas. NV 89101
Attorney for Defendants

KEMP & KEMP

By:/s/ James P. Kemp, Esq.
James P. Kemp, Esq.
7435 W. Azure Drive #110
Las Vegas, NV 89130
Attorney for Plaintiff

IT IS SO ORDERED:

United States Magistrate Judge

Dated: May 30, 2024

FISHER & PHILLIPS LLP
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101