FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 S. Fourth Street
Suite 1500
Las Vegas, NV  89101
Telephone: (702) 252-3131
E-Mail Address:  smahoney@fisherphillips.com
Attorney for Defendant,
NP Red Rock LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ZEZY R. FARFAN; and, ZEZY R. FARFAN, BY AND THROUGH HER GUARDIAN ELIZABETH V. ALVA;<br><br>Plaintiff,<br><br>v.<br><br>STATION CASINOS, LLC, a Nevada Limited Liability Company; NP RED ROCK, LLC, d/b/a RED ROCK CASINO, RESORT AND SPA, a Nevada Limited Liability Company; ROE Business Organizations I-X; and DOE INDIVIDUALS I-X, Inclusive,<br><br>Defendants. | Case No. 2:20-cv-01516-CDS-NJK<br><br>**STIPULATION AND ORDER TO EXTEND JOINT PRETRIAL ORDER DEADLINE**<br><br>**(Second Request)[1]** |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel that the deadline to submit a Joint Pretrial Order be extended up to and including July 15, 2024. This is the second request for an extension since the post-summary judgment mediation conducted by the parties.  Additional time is largely needed because Ms. Neal, the counsel who has primarily been working the case since its inception, has been in and

---

[1] There have been prior extensions as part of scheduling order extensions during the case.  This is the second request for an extension since the occurrence of the mediation referenced in ECF Nos. 68 and 69.

- 1 –

FP 51052284.1

1  out of the hospital the past few weeks (currently in the hospital).

| FISHER & PHILLIPS | KEMP & KEMP |
|---|---|
| By:/s/Scott M. Mahoney<br>Scott M. Mahoney, Esq.<br>300 S. Fourth Street #1500<br>Las Vegas. NV 89101<br>Attorney for Defendants | By:/s/ James P. Kemp, Esq.<br>James P. Kemp, Esq.<br>7435 W. Azure Drive #110<br>Las Vegas, NV 89130<br>Attorney for Plaintiff |

IT IS SO ORDERED:

_____
United States Magistrate Judge

Dated: June 24, 2024

- 2 –

FP 51052284.1