FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 S. Fourth Street
Suite 1500
Las Vegas, NV  89101
Telephone: (702) 252-3131
E-Mail Address:  smahoney@fisherphillips.com
Attorney for Defendant,
NP Red Rock LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ZEZY R. FARFAN; and, ZEZY R. FARFAN, BY AND THROUGH HER GUARDIAN ELIZABETH V. ALVA;<br><br>Plaintiff,<br><br>v.<br><br>STATION CASINOS, LLC, a Nevada Limited Liability Company; NP RED ROCK, LLC, d/b/a RED ROCK CASINO, RESORT AND SPA, a Nevada Limited Liability Company; ROE Business Organizations I-X; and DOE INDIVIDUALS I-X, Inclusive,<br><br>Defendants. | Case No. 2:20-cv-01516-CDS-NJK<br><br>**STIPULATION AND ORDER TO EXTEND JOINT PRETRIAL ORDER DEADLINE**<br>**(Third Request)[1]** |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel that the deadline to submit a Joint Pretrial Order be extended up to and including July 29, 2024. This is the third request for an extension since the post-summary judgment mediation conducted by the parties.  Additional time was needed largely because Ms. Neal, the counsel who has primarily been working the case since its inception, had been in and

---

[1] There have been prior extensions as part of scheduling order extensions during the case.  This is the third request for an extension since the occurrence of the mediation referenced in ECF Nos. 68 and 69.

- 1 –

FP 51052284.1

out of the hospital for several weeks. Ms. Neal was released from the hospital late Wednesday, July 10, 2024. The parties have exchanged drafts of the JPO and continue working towards finalization. The parties believe they can complete and submit the JPO on or before July 29, 2024.

| FISHER & PHILLIPS | KEMP & KEMP |
|---|---|
| By:/s/Scott M. Mahoney<br>Scott M. Mahoney, Esq.<br>300 S. Fourth Street #1500<br>Las Vegas. NV 89101<br>Attorney for Defendants | By:/s/ Victoria L, Neal, Esq.<br>Victoria L. Neal, Esq.<br>7435 W. Azure Drive #110<br>Las Vegas, NV 89130<br>Attorney for Plaintiff |

IT IS SO ORDERED:

_____
United States Magistrate Judge

Dated: July 16, 2024

- 2 –

FP 51052284.1