FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 S. Fourth Street
Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
E-Mail Address: smahoney@fisherphillips.com
Attorney for Defendant,
NP Red Rock LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ZEZY R. FARFAN; and, ZEZY R. FARFAN, BY AND THROUGH HER GUARDIAN ELIZABETH V. ALVA;<br><br>Plaintiff,<br><br>v.<br><br>STATION CASINOS, LLC, a Nevada Limited Liability Company; NP RED ROCK, LLC, d/b/a RED ROCK CASINO, RESORT AND SPA, a Nevada Limited Liability Company; ROE Business Organizations I-X; and DOE INDIVIDUALS I-X, Inclusive,<br><br>Defendants. | Case No. 2:20-cv-01516-CDS-NJK<br><br>**STIPULATION AND ORDER TO EXTEND JOINT PRETRIAL ORDER DEADLINE**<br><br>**(Fourth Request)[1]** |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel that the deadline to submit a Joint Pretrial Order be extended up to and including August 5, 2024. This is the fourth request for an extension since the post-summary judgment mediation conducted by the parties. The Joint Pretrial Order is largely complete, but as explained in prior submissions, Ms. Neal, the counsel who has primarily been working

---

[1] There have been prior extensions as part of scheduling order extensions during the case. This is the second request for an extension since the occurrence of the mediation referenced in ECF Nos. 68 and 69.

- 1 –

FISHER & PHILLIPS LLP
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101

51697526
FP 51697526.1

1  the case since its inception, has had medical issues and has been receiving blood
2  transfusions the past few days.

| FISHER & PHILLIPS | KEMP & KEMP |
|---|---|
| By:/s/Scott M. Mahoney<br>Scott M. Mahoney, Esq.<br>300 S. Fourth Street #1500<br>Las Vegas. NV 89101<br>Attorney for Defendants | By:/s/ James P. Kemp, Esq.<br>James P. Kemp, Esq.<br>7435 W. Azure Drive #110<br>Las Vegas, NV 89130<br>Attorney for Plaintiff |

IT IS SO ORDERED:

_____
United States Magistrate Judge

Dated: July 29, 2024

- 2 –

FISHER & PHILLIPS LLP
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101

51697526
FP 51697526.1