UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ZEZY R. FARFAN<br>　　　　　Plaintiff,<br>v.<br>STATION CASINOS, LLC.<br>　　　　　Defendants. | Case no. 2:20-cv-1516-CDS-NJK<br>ORDER |

This Court having ordered the jury impaneled in the above-entitled docket kept together during the period(s) of deliberation, now, therefore,

IT IS ORDERED that all meals and lodging, if required, for said jury and attendants shall be paid by the Clerk of the Court.

DATED: October 23, 2025.

_____
Cristina D. Silva
United States District Judge