JAMES P. KEMP, ESQUIRE
Nevada Bar No. 006375
VICTORIA L. NEAL, ESQ.
Nevada Bar No.: 13382
KEMP & KEMP, ATTORNEYS AT LAW
7435 W. Azure Drive, Suite 110,
Las Vegas, NV  89130
(702) 258-1183/ (702) 258-6983 (fax)
jp@kemp-attorneys.com

LEON GREENBERG, ESQ., SBN 8094
RUTHANN DEVEREAUX-GONZALEZ, ESQ., SBN 15904
Leon Greenberg Professional Corporation
1811 South Rainbow Blvd - Suite 210
Las Vegas, Nevada 89146
(702) 383-6085
(702) 385-1827(fax)
leongreenberg@overtimelaw.com
ranni@overtimelaw.com

Attorneys for Plaintiff
*ZEZY R. FARFAN*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ZEZY R. FARFAN; and ZEZY R. FARFAN, BY AND THROUGH HER GUARDIAN ELIZABETH V. ALVA;<br><br>Plaintiff<br><br>v.<br><br>NP RED ROCK, LLC, d/b/a RED ROCK CASINO, RESORT AND  SPA,<br><br>Defendant | Case No.: 2:20-cv-01516-CDS-NJK<br><br>**STIPULATION AND ORDER FOR BRIEFING SCHEDULE RE: DAMAGES ISSUES**<br><br>[ECF No. 118] |

Plaintiff ZEZY FARFAN and Defendant NP RED ROCK, LLC, d/b/a RED ROCK CASINO, RESORT AND SPA, by and through their undersigned counsel, hereby submit this STIPULATION AND PROPOSED ORDER FOR BRIEFING SCHEDULE RE: DAMAGES ISSUES.

KEMP & KEMP
ATTORNEYS AT LAW
7435 W. Azure Drive, Suite 110
LAS VEGAS, NEVADA 89130
Tel. (702) 256-1183 ♦ Fax (702) 258-6983

1.  On October 23, 2025, at the conclusion of the case after the jury rendered its verdict, Judge Silva requested that the parties submit briefing to the court on damages issues prior to entering judgment in this case. The court instructed the parties to meet and confer and submit a proposed briefing schedule agreeable to both parties.

2.  After consultation and discussion, the parties request that the court order a briefing schedule as follows: the parties will submit simultaneous initial briefing on the damages issues on November 17, 2025, and will submit responses to each others' initial briefing on or before December 1, 2025.

Dated: October 30, 2025

Respectfully submitted,

/s/ James P. Kemp
JAMES P. KEMP, ESQ., NV Bar #6375
VICTORIA L. NEAL, ESQ., NV Bar 13382
RUTHANN DEVERAUX-GONZALEZ,
ESQ., NV Bar #15904

Attorneys for Plaintiff
Zezy R. Farfan

Dated: October 30, 2025

Respectfully submitted,

/s/ Scott M. Mahoney
SCOTT M. MAHONEY, ESQ., NV Bar #1099
FISHER & PHILLIPS, LLP
300 S. FOURTH STREET, SUITE 1500
LAS VEGAS, NEVADA 89101

Attorneys for Defendant
NP Red Rock Casino LLC, d/b/a Red Rock Casino
Resort and Spa

**IT IS SO ORDERED.**

_____
CRISTINA D. SILVA
UNITED STATES DISTRICT JUDGE

Dated: November 3, 2025

KEMP & KEMP
ATTORNEYS AT LAW
7435 W. AZURE DRIVE, SUITE 110
LAS VEGAS, NEVADA 89130
TEL. (702) 258-1183 ♦ FAX (702) 258-6983