JAMES P. KEMP, ESQUIRE
Nevada Bar No. 006375
VICTORIA L. NEAL, ESQ.
Nevada Bar No.: 13382
KEMP & KEMP, ATTORNEYS AT LAW
7435 W. Azure Drive, Suite 110,
Las Vegas, NV 89130
(702) 258-1183/ (702) 258-6983 (fax)
jp@kemp-attorneys.com

LEON GREENBERG, ESQ., SBN 8094
RUTHANN DEVEREAUX-GONZALEZ, ESQ., SBN 15904
Leon Greenberg Professional Corporation
1811 South Rainbow Blvd - Suite 210
Las Vegas, Nevada 89146
(702) 383-6085
(702) 385-1827(fax)
leongreenberg@overtimelaw.com
ranni@overtimelaw.com

Attorneys for Plaintiff
ZEZY R. FARFAN

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ZEZY R. FARFAN; and ZEZY R. FARFAN, BY AND THROUGH HER GUARDIAN ELIZABETH V. ALVA;<br><br>Plaintiff<br>v.<br><br>NP RED ROCK, LLC, d/b/a RED ROCK CASINO, RESORT AND SPA, a Nevada Limited Liability Company; ROE Business Organizations I-X; and DOE INDIVIDUALS I-X, Inclusive,<br><br>Defendant | Case No.: 2:20-cv-01516-CDS-NJK<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR BRIEFING RE: DAMAGES ISSUES**<br><br>[ECF No. 121] |

Plaintiff ZEZY FARFAN and Defendant NP RED ROCK, LLC, d/b/a RED ROCK CASINO, RESORT AND SPA, by and through their undersigned counsel, hereby submit this STIPULATION

AND PROPOSED ORDER EXTENDING THE BRIEFING SCHEDULE RE: DAMAGES ISSUES.

1. On November 3, 2025, the Court approved (ECF 119) the parties' stipulation (ECF 118) and Ordered the parties' simultaneous initial briefing on the damages issues due on November 17, 2025, with subsequent responses to the initial briefing due on or before December 1, 2025.

2. The Parties hereby request an extension of the proposed briefing schedule ordered in ECF 119. Plaintiff's counsel Mr. Kemp has been out of the country on a long-planned vacation and counsel Ruthann Devereaux-Gonzalez is currently managing her child's unexpected medical emergency. Good cause appearing and not for purposes of delay, the parties request the briefing schedule be modified with initial briefs simultaneously due no later than December 1, 2025, and with responsive briefs due no later than December 15, 2025.

Dated: November 17, 2025

Respectfully submitted,

/s/ Ruthann Devereaux-Gonzalez
JAMES P. KEMP, ESQ., NV Bar #6375
VICTORIA L. NEAL, ESQ., NV Bar 13382
RUTHANN DEVERAUX-GONZALEZ,
ESQ., NV Bar #15904

Attorneys for Plaintiff
Zezy R. Farfan

Dated: November 17, 2025

Respectfully submitted,

/s/ Scott M. Mahoney
SCOTT M. MAHONEY, ESQ., NV Bar #1099
FISHER & PHILLIPS, LLP
300 S. FOURTH STREET, SUITE 1500
LAS VEGAS, NEVADA 89101

Attorneys for Defendant
NP Red Rock Casino LLC, d/b/a Red Rock Casino Resort and Spa

IT IS SO ORDERED.

_____
CRISTINA D. SILVA
UNITED STATES DISTRICT JUDGE

Dated: November 18, 2025