AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Zezy R. Farfan

JUDGMENT IN A CIVIL CASE

Plaintiff,

v.

Case Number: 2:20-cv-01516-CDS-NJK

STATION CASINOS, LLC. et al

Defendants.

___ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

X **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

JUDGMENT in favor of the plaintiff on all claims and award plaintiff $300,000 in compensatory and punitive damages, and $20,000 in back pay plus any accrued interest in accordance with 28 U.S.C. § 1961.

04/20/2026
_____
Date

DEBRA K. KEMPI
_____
Clerk

/s/ MAM
_____
Deputy Clerk