FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 S. Fourth Street
Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
E-Mail Address: smahoney@fisherphillips.com
Attorney for Defendant,
NP Red Rock LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ZEZY R. FARFAN; and, ZEZY R. FARFAN, BY AND THROUGH HER GUARDIAN ELIZABETH V. ALVA; <br><br> Plaintiff <br><br> v. <br><br> STATION CASINOS, LLC, a Nevada Limited Liability Company; NP RED ROCK, LLC, d/b/a RED ROCK CASINO, RESORT AND SPA, a Nevada Limited Liability Company, <br><br> Defendants | Case No. 2:20-cv-01516-CDS-NJK <br><br> **STIPULATION AND ORDER TO EXTEND TIME TO FILE OPPOSITION TO MOTION FOR ATTORNEY'S FEES** <br> **(First Request)** <br><br> [ECF No. 133] |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel that the deadline for Defendant Red Rock to respond to Plaintiff's Motion for an Award of Attorney's Fees and Costs (ECF No. 131) be extended up to and including May 26, 2026. This is the first request for an extension of this deadline. Defense counsel has several deadlines in other matters, including a Ninth Circuit brief,

FP 63933126.1

and needs additional time to respond.

FISHER & PHILLIPS                    KEMP & KEMP

By:/s/Scott M. Mahoney              By:/s/ James P. Kemp, Esq.
Scott M. Mahoney, Esq.              James P. Kemp, Esq.
300 S. Fourth Street #1500          7435 W. Azure Drive #110
Las Vegas. NV 89101                 Las Vegas, NV 89130
Attorney for Defendants             Attorney for Plaintiff

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated:   May 19, 2026

- 2 –

FP 63933126.1